## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

Todd E. Jerabek;

] Case Number 08-02174
] CH 13
] Judge Bruce W. Black
]
]
]
]
]

## RESPONSE TO NOTICE OF FINAL CURE

Now comes JPMorgan Chase Bank, NA by and through its attorneys of the law firm of Freedman, Anselmo, & Lindberg, and files a statement of mortgage default amount.

Account ending in last four digits of XXXXXX5445, the first lien on the property, is current and due for 5/1/13, there are zero arrears.

JPMorgan Chase Bank, NA

/s/ Annie Lopez
One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC

1807 W. Diehl Rd., Ste 333

Naperville, IL  60566-7228
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart- 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Sara K. Lash- 6300299, John Gerrity- 6303376
W. Brandon Rogers- 6302871, Jason A. Newman, Of Counsel,- 6275591

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>Certificate of Service:</u>

    I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on April 16, 2013 addressing the following:

TO:    Todd E Jerabek, 1720 Kenicott Ct, Plainfield, IL 60586
        Michael Bane, Lifetime Debt Solutions, PC, 225 W. Washington St., Suite 2200, Chicago, IL 60606
        Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532